JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EDWARD DILLEY,<br>　　Petitioner,<br>v.<br>RALPH DIAZ, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br>　　Respondents. | Case No. 2:18-cv-00464-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition (Dkt. 1) is denied with prejudice.

DATED: December 17, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　　United States Magistrate Judge